In the Matter of LAWYERS MORTGAGE COMPANY.

LOUIS H. PINK, Superintendent of Insurance, as Rehabilitator of LAWYERS MORTGAGE COMPANY, Appellant; MORTGAGE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

(Argued October 1, 1936; decided October 20, 1936.)

*Irving H. Jurow, Jess H. Rosenberg* and *Walter B. Herendeen* for appellant.

*John J. Clarke, Maurice Finkelstein, Morris Amchanitzky* and *Benjamin J. Rabin* for Mortgage Commission of State of New York, respondent.

*Frank W. Chambers* and *Frederick J. Wilkens* for certain certificate holders, respondents.

*Edward N. Perkins* for Frances B. Cox, respondent.

*Hyman W. Gamso* for Delancey Nicoll, Jr., as committee of William H. McGill, an incompetent, respondent.

*Timothy N. Pfeiffer, Sinclair Hamilton* and *Wilber Stammler* for Title Guarantee and Trust Company, *amicus curiæ.*

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.